**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01551-CV

**MICHAEL DREW, GOVERNMENT ENERGY MANAGEMENT, LLC, ET AL.,**
**Appellants**

**V.**

**ELUMENUS LIGHTING CORPORATION, INC., Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02318-2013**

## ORDER

We **GRANT** appellants' unopposed first motion for extension of time to file brief and

**ORDER** the brief received January 13, 2014 filed as of the date of this order.


/s/      ELIZABETH LANG-MIERS
JUSTICE